denied. *Mr. George W. P. Whip* for petitioner. *Mr. Solicitor General Beck, Mr. J. Frank Staley* Special Assistant to the Attorney General, *Mr. Arthur M. Boal* and *Mr. Frederick R. Conway* for respondents.

---

Nos. 792 to 799. SAGAMORE COAL COMPANY ET AL. *v.* THE MOUNTAIN WATER SUPPLY COMPANY AND OTHERS. January 19, 1925. Petition for writs of certiorari to the Supreme Court of the State of Pennsylvania denied. *Mr. Edwin W. Smith, Mr. E. C. Higbee* and *Mr. William M. Robinson* for petitioners. *Mr. George W. Woodruff, Mr. George E. Alter* and *Mr. James S. Moorhead* for respondents.

---

No. 809. HENRY S. McPHERSON, TRUSTEE *v.* MASSACHUSETTS TRUST COMPANY. January 19, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Joseph B. Jacobs* for petitioner. No appearance for respondent.

---

No. 830. BANCO DI ROMA, *plaintiff in error, v.* PHILIPPINE NATIONAL BANK. January 19, 1925. Petition for a writ of certiorari herein denied. *Mr. Carroll G. Walter,* for plaintiff in error, in support of the petition. *Mr. John T. Loughran,* for defendant in error, in opposition to the petition.

---

No. 777. CHIPPEWA SPRINGS CORPORATION *v.* MORAND BROTHERS, INC. January 26, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. A. C. Paul* and *Mr. E. S. Rogers* for petitioner. *Mr. George A. Chritton* for respondent.